UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NATIA MELADZE WILSON, individually and on behalf
of all others similarly situated,

                                          Plaintiff,

-against-

LISA'S CARE LLC, ELISO PAPALADZE and MARIAMI
KIKVIDZE, as individuals,

                                          Defendants.
-------------------------------------------------------------------X

Civil Docket No.:
23-cv-04913-KMK

**NOTICE OF VOLUNTARY DISMISSAL**
***WITHOUT PREJUDICE***

**IT IS HEREBY NOTICED**, that this action (and claims and causes of action that were, or could have been asserted in it), be withdrawn and discontinued, ***without prejudice***, as against the Defendants, LISA'S CARE LLC, ELISO PAPALADZE and MARIAMI KIKVIDZE, as individuals, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: Kew Gardens, NY
July 17, 2023

*Roman Avshalumov*
Roman Avshalumov, Esq.
Helen F. Dalton & Associates, P.C.
*Attorneys for Plaintiff*
80-02 Kew Gardens Road, Suite 601
Kew Gardens, New York 11415
Tel.: (718) 263-9591

SO ORDERED:

_____
U.S.D.J.
7/18/23

Page 1 of 1