UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIA MELADZE WILSON, *individually and on behalf of all others similarly situated*,

*Plaintiff*,

v.

LISA'S CARE LLC, *et al.*,

*Defendants*.

No. 23-CV-4913 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

This Action was voluntarily dismissed without prejudice on July 18, 2023, at which point this case was closed. (Dkt. No. 8; Dkt. No. 9.) Nearly three years later, on May 29, 2026 and June 17, 2026, Natia Meladze Wilson ("Plaintiff") made various filings raising allegations that are wholly unrelated to the claims originally asserted in this action, except that some of them involve Eliso Papaladze ("Papaladze"), sued here as one of three defendants (collectively, the "Defendants"), (*see* Dkt. No. 10; Dkt. No. 11; Dkt. No. 12). Plaintiff does not request that the Court reconsider any earlier decision, or seek to vacate any earlier rulings. (Dkt. No. 10; Dkt. No. 11; Dkt. No. 12.) Instead, it appears that she wishes to bring entirely new claims against Papaladze.[1]

Plaintiff is advised that, now that "[t]his case is closed," it "is . . . too late for to make new substantive allegations against [a] Defendant[] in this case." *Staley v. Smart*, No. 23-CV-3546, 2025 WL 1160353, at *2 (S.D.N.Y. Apr. 21, 2025). Additionally, it would be improper

[1] Even if the Court were to construe these filings as a Motion for Reconsideration pursuant to Federal Rule of Civil Procedure 60(b), Plaintiff has identified no clear error in this case, and so is not entitled to that relief.

for Plaintiff to assert these new allegations in this long-closed case, because they "are irrelevant to this action," stemming from unrelated events. *Nguyen v. Bush*, No. 15-CV-641, 2016 WL 1069655, at *5 (E.D.N.Y. Mar. 16, 2016).

Plaintiff is advised that if she wishes to pursue these claims, she may commence a new action. If she wishes to represent herself, she is referred to the Court's resources for *pro se* litigants, which are available at the following URL: https://www.nysd.uscourts.gov/prose.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff, and to terminate the Motions pending at Dkt. No. 11 and Dkt. No. 13.

SO ORDERED.

DATED: September 18, 2026
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE